In the Matter of Acquiring Title by the CITY OF NEW YORK of Lands Bounded by Dwight Street, Verona Street, West 9th Street, Clinton Street, Loraine Street and Otsego Street in the Borough of Brooklyn.

HEN-BUS REALTY AND HOLDING Co., INC., et al., Appellants and Respondents; CITY OF NEW YORK, Respondent and Appellant.

Argued May 29, 1940; decided June 14, 1940.

*George Schenker* for Hen-Bus Realty & Holding Co., Inc., et al., appellants and respondents.

*William C. Chanler, Corporation Counsel (Lewis Orgel, Julius Isaacs* and *Daniel M. Cohen* of counsel), for City of New York, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.